No. D–2285. IN RE DISCIPLINE OF MATTHEWS. Charles Dawson Matthews, of Bella Vista, Ark., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 01M25. CHACHERE v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 01M27. MURPHY v. CIRCUIT COURT OF THE CITY OF ALEXANDRIA, VIRGINIA. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner granted.

No. 01M28. ROUSAN v. MISSOURI; and
No. 01M29. MODDEN v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 128, Orig. ALASKA v. UNITED STATES. Motion of the Special Master for fees and reimbursement of expenses granted, and the Special Master is awarded a total of $20,136.90 for the period April 17 through October 16, 2001, to be paid equally by the parties. [For earlier order herein, see, *e. g.*, 532 U. S. 1017.]

No. 01–5518. MULAZIM v. MICHIGAN DEPARTMENT OF CORRECTIONS ET AL. C. A. 6th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 947] denied.

No. 01–6718. IN RE ROBINSON; and
No. 01–6790. IN RE LAVENTURE. Petitions for writs of habeas corpus denied.

No. 01–489. IN RE STEPHENS;
No. 01–492. IN RE ALCAN ALUMINUM CORP.;
No. 01–6195. IN RE WHITSON; and
No. 01–6619. IN RE THOMPSON. Petitions for writs of mandamus denied.

No. 01–6141. IN RE STUYVESANT. Petition for writ of mandamus and/or prohibition denied.